601, and Cohen on "The Powers of the New York Court of Appeals," § 45.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUNTER ARMS COMPANY, INCORPORATED, and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others, Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that leave to appeal is unnecessary. (See *Sage* v. *Broderick*, 249 N. Y. 601, and Cohen on "The Powers of the New York Court of Appeals," § 45.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE VICTORIA PAPER MILLS COMPANY and Another, Relators, v. JOHN M. FOSTER, as Mayor, and Others. Composing the Common Council of the City of Fulton, Oswego County, New York, and Their Respective Successors in Office, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that leave to appeal is unnecessary. (See *Sage* v. *Broderick*, 249 N. Y. 601, and Cohen on "The Powers of the New York Court of Appeals," § 45,) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

CHESTER LOCHMAN, as Administrator, etc., of EUGENE LOCHMAN, Deceased, Appellant, v. LUKE & SOHN, INCORPORATED, and Others, Defendants, WALTER J. ELAM and CLAUDE BARNARD, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is unnecessary. (See *Eckler* v. *Village of Ilion*, 229 N. Y. 615.) Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

RAYMOND A. O'CONNOR and Another, Copartners Doing Business under the Firm Name and Style of R. A. O'CONNOR AND COMPANY, Respondents, Appellants, v. THE CITY OF LOCKPORT, NEW YORK, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Cunningham, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCCO LAFORTUNA, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, at Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

MARIANO NASELLO and ROSE NASELLO, Appellants, and Another, Plaintiff, v. THE HOME INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

MICHAEL HEMMERICH and Others, Copartners, etc., Appellants, v. THE CITY OF GENEVA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JAMES LEWIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and P. VINCENT GARDNER, as Assistant Director of the Department of Social Welfare of the City of Buffalo, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.